AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

|  |  |  |
|---|---|---|
| PATRICIO MARTINEZ AGUILAR, and MANUEL JESUS ARIZAGA, individually, and on behalf of all others similarly situated | ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) ) | Civil Action No. 7:22-cv-3700 |
| NEW DAIRYDEL, INC., FOUR CORNERS FOODS INC.,and DKLEE REALTY CORP. D/B/A BAGEL PLUS DELI, and MYEONG GU KIM, CHARLES LEE, SEUNGKI J LEE a/k/a DANIEL LEE, et al., | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* NEW DAIRYDEL, INC.: 1 South Central Avenue, Hartsdale, NY 10530; FOUR CORNERS FOODS INC.: 20 South Broadway, Yonkers, NY 10701; DKLEE REALTY CORP. d/b/a BAGEL PLUS DELI: 1 S Central Ave 1D, Hartsdale, NY 10530;MYEONG GU KIM: 15 Deer Ridge Rd, Mount Kisco, NY 10549; CHARLES LEE: 266 S Fulton Ave, Mount Vernon, NY 10553; SEUNGKI J LEE a/k/a DANIEL LEE a/k/a DADNIEL LEE: 7 Stonewall Cir, White Plains, NY 10607; KIMBERLY SEUNG HEE LEE: 5 Deer Ridge Rd, Mount Kisco, NY 10549; 401 Tarrytown Rd, White Plains, NY 10607

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Helen F. Dalton & Associates, P.C.
> 80-02 Kew Gardens Road
> Suite 601
> Kew Gardens, New York 11415
> Phone: (718) 263-9591

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____05/09/2022_____

_____/s/ P. Canales_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  7:22-cv-3700

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .


I declare under penalty of perjury that this information is true.


Date: _____

                                                _____
                                                                *Server's signature*

                                                _____
                                                                *Printed name and title*

                                                _____
                                                                *Server's address*

Additional information regarding attempted service, etc: